U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office
11:20 2017
M
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Complaint No: 4:17MJ116 |
| v. | ) | Filed Under Seal |
| | ) | |
| | ) | |
| LEONARD WASHINGTON, | ) | |
| DEFENDANT. | ) | |

## ORDER SEALING MATTER

For good cause shown, it is hereby ORDERED that the Complaint, Penalty Certification and all process issued thereunder are SEALED until the defendant is arrested or until further Order of this Court.

So ORDERED this 20Th day of November 2017.

_____
HON. G. R. SMITH
UNITED STATES MAGISTRATE JUDGE